UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-24511-BKC-RAM
CHAPTER 13

IN RE:
ROLY ENCINOSA
    Debtor.
_____/

**DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY MIAMI FIREFIGHTERS FEDERAL <u>CREDIT UNION</u>**

**IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claims of the creditors listed below**.

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 calendar days from the date this Motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment or any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

    1.    Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the Debtor seeks to value personal property securing the claim of Miami Firefighters Federal Credit Union.

    2.    (Select only one):

  __X__  Lender's, Miami Firefighters Federal Credit Union, collateral consists of a motor vehicle and is particularly described as follows:

Year and Model of motor vehicle: 2006 Nissan Murano
Vehicle Identification Number (VIN#): JN8AZ08T56W428407

  ____  Lender's collateral consists of a lien on personal property other than a motor vehicle and is particularly described as follows:

3. At the time of the filing of this case, the value of the personal property is $11,000.00 as determined by NADA.

4. The undersigned has reviewed the docket and claims register and states (select only one):

__X__ Lender, Miami Firefighters Federal Credit Union has not filed a Proof of Claim in this case. The Trustee shall not disburse any payments to Lender, Miami Firefighters Federal Credit Union, unless a Proof of Claim is timely filed. In the event a Proof of Claim is timely filed, it shall be classified as a general secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed. Lender's, Miami Firefighters Federal Credit Union, secured claim shall be paid through the plan at 5.25% and for a total of $12,219.00, to be paid for over the life of the Plan.

____ Lender filed a Proof of Claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim. Lender's secured claim shall be paid through the plan at % and for a total of $, to be paid for over the life of the Plan.

5. The subject property may not be sold or refinanced without proper notice and further Order of this Court.

WHEREFORE, the Debtor respectfully requests an order fo the Court (a) determining the value of the personal property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely proof of claim is classified as stated above, and (d) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT**:

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the Debtor, the Debtor's attorney, and the Trustee, Nancy Herkert, at or before the hearing scheduled in this matter, the value of the

collateral may be established as the amount as stated above without further notice, hearing or Order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and Notice of hearing must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and those set forth in the NEF, this 18th day of July, 2011, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service to those set forth above and by regular mail to Miami Firefighters FCU, 1111 Northwest 7th Street, Miami, FL 33136-3604 and Miami Firefighters Federal Credit Union, Attn: Grant Shehan, President, (U.S. Certified Mail, Receipt No. 70111150000087592777) 1111 Northwest 7th Street, Miami, FL 33136.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217

By  /s/ Michael A. Frank
       Michael A. Frank
       Florida Bar No. 339075