UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-24511-BKC-RAM
CHAPTER 13

IN RE:
ROLY ENCINOSA,
    Debtors.
_____/

## CERTIFICATE OF SERVICE OF DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY MIAMI FIREFIGHTERS FEDERAL CREDIT UNION AND NOTICE OF HEARING AND CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

    **I HEREBY CERTIFY** that a true and correct copy of the above referenced Motion and Notice of Hearing thereon were served via electronic mail to those set forth in the NEF and was sent via U.S. Mail to HSBC/bsbuy, Post Office box 15519, Wilmington, DE 19850, HSBC Bank Nevada, N.A., Attn: Sandy Derickson, President, (U.S. Certified Mail, Receipt No. 70111150000087592739) 1105 N. Market Street, Wilmington, DE 19801, Best Buy Co., Inc., Attn: Brad Anderson, CEO, 7601 Penn Avenue South, Richfield, MN 55423 this 19th day of July of 2011.

    **I FURTHER CERTIFY** that I have contacted opposing counsel in an attempt to resolve these issues without a hearing.

DATED:  July 19, 2011

THE BANKRUPTCY RESOURCE CENTER
Attorney for the Debtor
10 NW LeJeune Rd., Suite 620
Miami, Florida 33126
Telephone : (305) 443-4217
Facsimile: (305) 443-3219
Email- Pleadings@bkclawmiami.com

    s/
Michael A. Frank
Florida Bar No. 339075